UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:95-CR-087-LDG-LRL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY HENRY CAIAZZA | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#10), sentencing held on August 4, 1995. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| UNKNOWN VICTIMS | $12,223.00 |
| MILDRED M ANDERSON | $300.00 |
| MRS VELMA G SLAUSON | $848.00 |
| STUART S WRIGHT | $500.00 |
| KATHERINE BEATTY | $500.00 |
| HATTIE C BLAKE | $500.00 |
| HELEN E CAPPS | $500.00 |
| JOHN CLARK | $500.00 |

| | |
|---|---|
| MRS WILLIAM DOUMA | $700.00 |
| FAYE JOHNSON | $600.00 |
| WILBURNE LAW | $548.00 |
| ESTHER ROESSNER | $500.00 |

**Total Amount of Restitution ordered:** $18,219.00

Dated this __14__ day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE